# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jason L. Scott                                  Docket No. 5:13-MJ-1477-1

## Petition for Action on Probation

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jason L. Scott, who, upon an earlier plea of guilty to two counts of Simple Possession of Marijuana, in violation of 21 U.S.C. § 844(a), was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on January 7, 2014, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 15 days as arranged by the probation office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted a urine specimen on August 22, 2014, which proved positive for marijuana. Scott was confronted and he admitted that he smoked marijuana on August 19, 2014. He is currently participating in individual substance abuse counseling. As a result of the drug use, he will be referred for group substance abuse counseling as well, and will continue to be monitored for future drug use through the Surprise Urinalysis Program. As a punitive sanction, it is respectfully recommended that he perform 24 hours of community service as arranged by the probation office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: September 2, 2014 |

**Jason L. Scott**
**Docket No.  5:13-MJ-1477-1**
**Petition For Action**
**Page 2**

## ORDER OF COURT

Considered and ordered this  2nd   day of    September       , 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge